IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Berry, Heidi R

Printed: 12/02/08

Case Number: 07 B 03327
Judge: Wedoff, Eugene R
Filed: 2/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: April 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,151.00 |  |
| Secured: |  | 3,899.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 251.38 |
| Other Funds: |  | 0.00 |
| Totals: | 4,151.00 | 4,151.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 0.00 |
| 2. | Charter One Bank | Secured | 0.00 | 0.00 |
| 3. | West Star Mortgage | Secured | 0.00 | 0.00 |
| 4. | Fifth Third Bank | Secured | 13,611.31 | 3,899.62 |
| 5. | Capital One | Unsecured | 687.28 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 57.73 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 279.67 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,040.72 | 0.00 |
| 9. | Capital One | Unsecured | 768.32 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 441.79 | 0.00 |
| 11. | National Capital Management | Unsecured | 1,177.38 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 256.57 | 0.00 |
| 13. | Fifth Third Bank | Unsecured | 5,832.78 | 0.00 |
| 14. | B-Real LLC | Unsecured | 586.34 | 0.00 |
| 15. | Merrick Bank | Unsecured | 2,539.67 | 0.00 |
| 16. | Nicor Gas | Unsecured | 1,235.15 | 0.00 |
| 17. | West Star Mortgage | Secured |  | No Claim Filed |
| 18. | Scholastic Inc | Unsecured |  | No Claim Filed |
| 19. | SST CARD SERVICE | Unsecured |  | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 21. | National Quick Cash | Unsecured |  | No Claim Filed |
| 22. | My Cash Now | Unsecured |  | No Claim Filed |
| 23. | Authorized Payday.Com | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,514.71 | $ 3,899.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Berry, Heidi R

Printed: 12/02/08

Case Number:  07 B 03327
Judge:  Wedoff, Eugene R
Filed:  2/26/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 90.50 |
| 6.5% | 160.88 |
|  | $ 251.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

